**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330
E-Mail: owanger@wjhattorneys.com

Oliver W. Wanger, #40331
Jena M. Harlos, #276420

Attorneys for:  Defendants Douglas Binnewies and Codie Hart

**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, PC**
PO Box 25001
Fresno, California 93729
Telephone: (559) 261-2222
Facsimile:  (559) 436-8163
E-Mail: legal.schmidt@gmail.com

William L. Schmidt, #206870
Jeffrey W. Eisinger, #109299

Attorneys for:  Plaintiffs Gloria Redondo and the Estate of Armando Vargas

**OFFICE OF THE ATTORNEY GENERAL**
1515 Clay Street, 20th Floor
Oakland, California 94612-0550
Telephone: (510) 879-0189
Facsimile:  (510) 622-2121
E-Mail: wil.fong@doj.ca.gov

Wil Fong, #154303

Attorneys for:  Defendants Pamela Ahlin and Dolly Matteucci

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE ESTATE OF ARMANDO VARGAS AND GLORIA REDONDO, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO THE ESTATE OF ARMANDO VARGAS,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BINNEWIES, Individually, CODIE HART, Individually, DEPUTY COOPER, Individually, DEPUTY SMALLS, Individually, DEPUTY REEDER, Individually, DEPUTY DAY, Individually, DEPUTY DETRICH Individually, DEPUTY JAY, Individually, PAMELA AHLIN, Individually, DOLLY MATTEUCCI, Individually, AND DOES 1-15, Inclusive<br><br>Defendants. | No.  1:16-CV-01240-DAD-EPG<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE PENDING SERVICE OF FIRST AMENDED COMPLAINT ON NEW DEFENDANTS AND RULINGS ON INTENDED MOTIONS TO DISMISS; ORDER THEREON**<br><br>**Current Scheduling Conference:**<br>Date: November 29, 2016<br>Time: 9:00 a.m.<br>Ctrm: #10<br><br>**Proposed Scheduling Conference:**<br>Date: February 7, 2017<br>Time: 9:00 a.m.<br>Ctrm: #10<br><br>**U.S. Magistrate Judge Erica P. Grosjean** |

Plaintiffs Gloria Redondo and the Estate of Armando Vargas and Defendants Sheriff Doug Binnewies, Lieutenant Codie Hart, Pamela Ahlin, and Dolly Matteucci, by and through their attorneys of record, stipulate that the Scheduling Conference currently set for November 29, 2016, at 9:00 a.m. in Courtroom 10 be continued to February 7, 2017, or as soon thereafter as is convenient for the Court. The parties agree that good cause exists to continue the Scheduling Conference. Specifically, this will provide Plaintiffs with time to serve their First Amended Complaint on newly added Defendants Deputy Cooper, Deputy Smalls, Deputy Reeder, Deputy Day, Deputy Detrich, and Deputy Jay and provide these new parties with time to respond to the First Amended Complaint. In addition, Defendants Binnewies, Hart, Ahlin and Matteucci intend to file Motions to Dismiss the First Amended Complaint. The parties agree that the Court's rulings on the Motions to Dismiss may have a significant impact on the matters to be addressed in the Joint Scheduling Report. The parties further agree that it would be advantageous to have the benefit of the Court's rulings prior to filing the Joint Scheduling Report and having the Scheduling Conference.

IT IS HEREBY STIPULATED by and between Plaintiffs Gloria Redondo and the Estate of Armando Vargas and Defendants Sheriff Doug Binnewies, Lieutenant Codie Hart, Pamela Ahlin, and Dolly Matteucci, by and through their attorneys of record, that the Scheduling Conference currently set for November 29, 2016, at 9:00 a.m. in Courtroom 10 be continued to February 7, 2017, at 9:00 a.m. in Courtroom 10, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

Dated: November 17, 2016         **WILLIAM L. SCHMIDT, ATTORNEY AT LAW, PC**

By: ___*/s/ William L. Schmidt*_____
     William L. Schmidt
     Jeffrey Eisinger
     Attorneys for Plaintiffs the Estate of
     Armando Vargas and Gloria Redondo

Dated: November 17, 2016         **OFFICE OF THE ATTORNEY GENERAL**

By: ___*/s/ Wil Fong*_____
     Wil Fong, Deputy Attorney General
     Attorneys for Defendants Pamela Ahlin and
     Dolly Matteucci

| | | |
|---|---|---|
| 1 | Dated: November 17, 2016 | **WANGER JONES HELSLEY PC** |
| 2 | | |
| 3 | | By: ___*/s/ Jena M. Harlos*___<br>Oliver W. Wanger<br>Jena M. Harlos |
| 4 | | Attorneys for Defendants Doug Binnewies and Codie Hart |

**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**ORDER ON STIPULATION**

Based on the Parties' above stipulation, and good cause showing, IT IS ORDERED THAT the Scheduling Conference set for November 29, 2016, at 9:00 a.m. in Courtroom 10 of the above-captioned court, is continued to February 8, 2017, at 9:30 a.m. in Courtroom 10.

IT IS SO ORDERED.

Dated:  **November 17, 2016**          /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE