WILLIAM L. SCHMIDT, SBN 206870
Email: legal.schmidt@gmail.com
JEFFREY W. EISINGER, SBN 109299
Email: legal.schmidt.jeff@gmail.com
WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.
PO Box 25001
Fresno, CA 93729
Telephone 559.261.2222
Facsimile 559.436.8163

Attorney for Plaintiffs:
GLORIA REDONDO and the ESTATE
Of ARMANDO VARGAS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ARMANDO VARGAS, AND GLORIA REDONDO, individually and as successor in interest to the estate of Armando Vargas,<br><br>Plaintiff,<br><br>v.<br><br>DOUG BINNEWIES, Individually, CODIE HART, Individually, DEPUTY COOPER, Individually, DEPUTY SMALLS, Individually, DEPUTY REEDER, Individually, DEPUTY DAY, Individually, DEPUTY DETRICH Individually, DEPUTY JAY, Individually, PAMELA AHLIN, Individually, DOLLY MATTEUCCI, Individually, AND DOES 1-15, Inclusive,<br><br>Defendants. | **Case No.: 1:16-CV-01240-DAD-EPG**<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br><br>Courtroom: 5<br>Judge: Honorable Dale A. Drozd |

The Scheduling Conference in this matter is currently on the Court's calendar for April 12, 2017 at 9:00 a.m. Given that the parties are awaiting rulings from the Court on

[1]

two motions to dismiss, the parties stipulate that continuance of the Scheduling Conference is prudent at this point so as to insure a meaningful joint statement.  The parties suggest a continuance until June 7, 2017 at 9:00 a.m. but are open to the preference of the Court.

                                                Law Offices of William L. Schmidt, P.C.

Dated: March 30, 2017        By:      \_\_\_\_\_/s/ Jeffrey W. Eisinger\_\_\_\_
                                                     Jeffrey W. Eisinger,
                                                     Attorney for Plaintiffs

                                                Wanger, Jones, Helsley, P.C.

Date: March 30, 2017         By:      \_\_\_\_\_/s/ Jena M. Harlos_____
                                                    Jena M. Harlos,
                                                    Attorney for Defendants Doug Binnewies, Codie Hart, Deputy Cooper, Deputy Smalls, Deputy Reeder, Deputy Day, Deputy Detrich, and Deputy Jay

                                                California Attorney General

Date: March 30, 2017         By:      _____/s/ Wil Fong_____
                                                    Wil Fong, Deputy Attorney General for Defendants Pamela Ahlin and Dolly Matteucci

ORDER

Pursuant to the stipulation set forth above, the Court does hereby continue the Scheduling Conference currently set for April 12, 2017 at 9:00 a.m. to June 1, 2017 at 9:30 a.m. before Magistrate Judge Erica P. Grosjean in Courtroom 10. The parties may appear telephonically by using the following dial-in information: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: **April 3, 2017**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE