WILLIAM L. SCHMIDT, SBN 206870
Email: legal.schmidt@gmail.com
JEFFREY W. EISINGER, SBN 109299
Email: legal.schmidt.jeff@gmail.com
WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.
PO Box 25001
Fresno, CA 93729
Telephone 559.261.2222
Facsimile 559.436.8163

Attorney for Plaintiffs:
GLORIA REDONDO and the ESTATE
Of ARMANDO VARGAS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ARMANDO VARGAS, AND GLORIA REDONDO, individually and as successor in interest to the estate of Armando Vargas,<br><br>Plaintiff,<br><br>v.<br><br>DOUG BINNEWIES, Individually, CODIE HART, Individually, DEPUTY COOPER, Individually, DEPUTY SMALLS, Individually, DEPUTY REEDER, Individually, DEPUTY DAY, Individually, DEPUTY DETRICH Individually, DEPUTY JAY, Individually, PAMELA AHLIN, Individually, DOLLY MATTEUCCI, Individually, AND DOES 1-15, Inclusive,<br><br>Defendants. | **Case No.: 1:16-cv-01240-DAD-EPG**<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Magistrate Judge:<br>   Honorable Erica P. Grosjean<br><br>Date: January 10, 2018<br><br>Time: 2:30 p.m.<br><br>Courtroom: 10 |

The Scheduling Conference in this matter is currently on the Court's calendar for January 10, 2018 at 2:30 p.m. Given that the parties are awaiting rulings from the Court on

[1]

two motions to dismiss, the parties stipulate that continuance of the Scheduling Conference is prudent at this point so as to insure a meaningful joint statement. The parties suggest a continuance until a date in March, 2018 that is convenient to the Court.

Law Offices of William L. Schmidt, P.C.

Dated: January 3, 2018  By:  _____/s/ Jeffrey W. Eisinger_____
              Jeffrey W. Eisinger,
              Attorney for Plaintiffs

Wanger, Jones, Helsley, P.C.

Date: January 3, 2018  By:  _____/s/ Steven Crass_____
              Steven Crass,
              Attorney for Defendants Doug Binnewies, Codie Hart, Deputy Cooper, Deputy Smalls, Deputy Reeder, Deputy Day, Deputy Detrich, and Deputy Jay

California Attorney General

Date: January 3, 2018  By:  _____/s/ Wil Fong_____
              Wil Fong, Deputy Attorney General for
              Defendants Pamela Ahlin and Dolly Matteucci

| | |
|---|---|
| 1 | |
| 2 | ORDER |
| 3 | Pursuant to the stipulation set forth above, the Court does hereby continue the Scheduling Conference in this matter to March 26, 2018 at 9:00 a.m. in courtroom 10. |

ORDER

Pursuant to the stipulation set forth above, the Court does hereby continue the Scheduling Conference in this matter to March 26, 2018 at 9:00 a.m. in courtroom 10.

IT IS SO ORDERED.

Dated: **January 3, 2018**         /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE