| | |
|---|---|
| 1 | **WANGER JONES HELSLEY PC**<br>265 E. River Park Circle, Suite 310 |
| 2 | Fresno, California 93720<br>Telephone: (559) 233-4800 |
| 3 | Facsimile: (559) 233-9330<br>E-Mail: owanger@wjhattorneys.com |
| 4 | Oliver W. Wanger, #40331 |
| 5 | Steven M. Crass, #209873<br>Jena M. Harlos, #276420 |
| 6 | **MARIPOSA COUNTY COUNSEL** |
| 7 | 5100 Bullion Street, P. O. Box 189<br>Mariposa, California 95338 |
| 8 | Telephone: (209) 966-3222<br>Facsimile: (209) 966-5147 |
|   | E-Mail: sdahlem@mariposacounty.org |
| 9 | Steven W. Dahlem, #135498 |

Attorneys for: Defendants Douglas Binnewies, Codie Hart, and erroneously sued Defendants Deputy Cooper, Deputy Reeder, Deputy Day, Deputy Detrich, Deputy Jay, and Deputy Smalls

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE ESTATE OF ARMANDO VARGAS AND GLORIA REDONDO, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO THE ESTATE OF ARMANDO VARGAS,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BINNEWIES, Individually, CODIE HART, Individually, DEPUTY COOPER, Individually, DEPUTY SMALLS, Individually, DEPUTY REEDER, Individually, DEPUTY DAY, Individually, DEPUTY DETRICH Individually, DEPUTY JAY, Individually, PAMELA AHLIN, Individually, DOLLY MATTEUCCI, Individually, AND DOES 1-15, Inclusive<br><br>Defendants. | No. 1:16-CV-01240-DAD-EPG<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Magistrate Judge: Hon. Erica P. Grosjean<br>Date: March 26, 2018<br>Time: 9:00 a.m.<br>Courtroom: 10 |

The Scheduling Conference in this matter is currently on the Court's calendar for March 26, 2018. Given that the parties are awaiting rulings from the Court on two motion to dismiss the parties stipulate that continuance of the Scheduling Conference is prudent at this point so as to insure a meaningful joint statement. The parties suggest a continuance until a date in July, 2018 that is convenient for the Court.

| | | |
|---|---|---|
| 1 | Dated: March 19, 2018 | LAW OFFICES OF WILLIAM L. SCHMIDT, PC |
| 2 | | |
| 3 | | By: /s/ Jeffrey W. Eisinger |
| | | Jeffrey W. Eisinger, |
| 4 | | Attorney for Plaintiffs |
| 5 | Dated: March 19, 2018 | WANGER JONES HELSLEY PC |
| 6 | | |
| 7 | | By: /s/ Jena M. Harlos |
| | | Jena M. Harlos, |
| 8 | | Attorney for Defendants Doug Binnewies, Codie Hart, Deputy Cooper, Deputy Smalls, Deputy Reeder, Deputy Day, Deputy Detrich and Deputy Jay |
| 11 | Dated: March 19, 2018 | CALIFORNIA ATTORNEY GENERAL |
| 13 | | By: /s/ Wil Fong |
| | | Wil Fong, Deputy Attorney General for Defendants Pamela Ahlin and Dolly Matteucci |

## **ORDER**

Pursuant to the stipulation set forth above, the Court does hereby continue the Scheduling Conference in this matter to July 2, 2018, at 10:30 AM in courtroom 10. The parties are directed to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: __**March 21, 2018**__        /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

{7213/006/00821363.DOC}    2
STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE