UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ARMANDO VARGAS, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>DOUG BINNEWIES, *et al.*,<br><br>        Defendants. | **Case No.: 1:16-cv-01240-DAD-EPG**<br><br>**ORDER RE STIPULATION RE DISMISSAL OF TWO PARTIES**<br><br>(ECF No. 72) |

On July 17, 2018, the parties filed a stipulation to dismiss with prejudice all claims against Defendants Deputy Smalls and Correct Care Solutions, LLC. (ECF No. 72.) Pursuant to the stipulation, the case against Defendants Deputy Smalls and Correct Care Solutions, LLC has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: **July 17, 2018**        /s/ Erica P. Grosjean
                  UNITED STATES MAGISTRATE JUDGE