# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE ESTATE OF ARMANDO VARGAS AND GLORIA REDONDO, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO THE ESTATE OF ARMANDO VARGAS,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BINNEWIES, Individually, CODIE HART, Individually, DEPUTY COOPER, Individually, DEPUTY SMALLS, Individually, DEPUTY REEDER, Individually, DEPUTY DAY, Individually, DEPUTY DETRICH Individually, DEPUTY JAY, Individually, PAMELA AHLIN, Individually, DOLLY MATTEUCCI, Individually, AND DOES 1-15, Inclusive<br><br>Defendants. | No. 1:16-CV-01240-DAD-EPG<br><br>**ORDER RE PRODUCTION OF AUTOPSY PHOTOS** |

On January 11, 2019, the Court held an informal discovery conference regarding, among other things, the disclosure of autopsy photographs taken of Armando Vargas. The County of Mariposa (the "County") asserts that the photographs are subject to the requirements of California Code of Civil Procedure section 129 ("CCP § 129"), and that the County is therefore precluded from disclosing the photographs except as allowed under CCP § 129.

After consideration of the positions of the parties, the undersigned ORDERS as follows:

1. Good cause is shown that the autopsy photographs meet the threshold for disclosure and should be provided in discovery.[1]

2. The County of Mariposa is accordingly ordered to provide copies of the autopsy photographs to Plaintiff's counsel no later **five (5) court days** after the signing of this Order.

IT IS SO ORDERED.

Dated: __**January 16, 2019**__         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not ruling on the admissibility of these photographs at trial.