# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ESTATE OF ARMANDO VARGAS, et al. | No: 1:16-cv-01240-DAD-EPG |
| Plaintiffs, v. DOUG BINNEWIES., et al., Defendants. | **ORDER MODIFYING SCHEDULING ORDER** (ECF No. 71) |

On February 28, 2019, the Court held a status conference. Mr. Jeffrey Eisinger was present telephonically for the Plaintiffs. Mr. Steven Crass was present telephonically for Defendants.[1] As discussed during the status conference, and agreed to by the parties, and finding that good cause exists for modifying the Scheduling Order (ECF No. 71),

IT IS ORDERED

1. The Scheduling Order, entered on July 11, 2018, (ECF No. 71), is modified as follows:

| Event | New Date or Deadline |
|---|---|
| Nonexpert Discovery Cutoff | June 7, 2019 |
| Expert Disclosure Deadline | June 21, 2019 |
| Rebuttal Expert Disclosure Deadline | July 26, 2019 |
| Expert Discovery Cutoff | August 30, 2019 |

---

[1] Counsel for the State Defendants was not present. The Court was informed by Plaintiffs' counsel that the State Defendants and Plaintiffs are in process of settling the case.

1

2. All other dates and aspects of the July 11, 2018, Scheduling Order (ECF No. 71), including the dispositive motion deadline, the pretrial conference, and the jury trial date, shall remain in effect.
3. The parties are to advise the Court of their interest in a settlement conference by the close of business on **May 17, 2019**, through an email directed to Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov).
4. No further status conference is set in this matter but the parties may reach out to the Court at any time to request a further status conference be set if they believe one is needed.

IT IS SO ORDERED.

Dated: **February 28, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE