# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARMANDO VARGAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BINNEWIES, et al.,<br><br>Defendants. | Case No. 1:16-cv-01240-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL AS TO DEFENDANTS PAMELA AHLIN AND DOLLY MATTEUCCI WITH PREJUDICE<br><br>(ECF No. 83) |

Plaintiffs, The Estate of Armando Vargas and Gloria Redondo, and Defendants Pamela Ahlin and Dolly Matteucci, have filed a stipulation to dismiss with prejudice all claims against Pamela Ahlin and Dolly Matteucci. (ECF No. 83.) Pursuant to the stipulation, all claims against these two defendants are automatically dismissed with prejudice and the case against Pamela Ahlin and Dolly Matteucci has ended. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: **June 12, 2019**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE