# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARMANDO VARGAS, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BINNEWIES, *et al.*,<br><br>Defendants. | Case No. 1:16-cv-01240-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 86) |

Plaintiff, Estate of Armando Vargas and Gloria Redondo, and Defendants, Doug Binnewies, Codie Hart, Julia Patterson, Deputy Cooper, Deputy Reeder, Deputy Day, Deputy Detrich, and Deputy Jay, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 86). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **December 9, 2019**              /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE